CLOSED

**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, NJ 07102
(973) 491-3600
Attorneys for Plaintiff, Travelodge Hotels, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVELODGE HOTELS, INC., a Delaware Corporation, | : <br> : <br> : |
| Plaintiff, | : Civil Action No. 14-cv-4498(FSH)(MAH) |
| v. | : |
| | : **FINAL JUDGMENT BY DEFAULT** |
| J. J. & J. ASSOCIATES, INC., a Georgia Corporation; MILAN PATEL, an individual; JAGDISH PATEL, an individual; and UMANG PATEL, an individual, | : <br> : <br> : <br> : |
| Defendants. | : |

This matter having been opened to the Court by plaintiff, Travelodge Hotels, Inc. ("THI"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, J. J. & J. Associates, Inc., Milan Patel, Jagdish Patel, and Umang Patel (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on July 16, 2014, seeking damages as a result of the breach of a license agreement between THI and J. J. & J. Associates, Inc.; and service of the Summons and Complaint having been effectuated by personal service on defendants J. J. & J. Associates, Inc., Milan Patel, and Jagdish Patel on August 14, 2014; and on defendant Umang Patel on August 13, 2014; and it appearing that default was duly noted by the Clerk of the Court against Defendants on October 14, 2014 for their failure to plead or

otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this 9 day of January, 2015,

**ORDERED, ADJUDGED, AND DECREED** that THI have judgment against Defendants, jointly and severally, in the total amount of $124,243.43, comprised of the following:

a) $16,022.46 for liquidated damages (principal plus prejudgment interest);

b) $102,710.79 for Recurring Fees (principal plus prejudgment interest); and

c) $5,510.18 for attorneys' fees and costs.

SO ORDERED

_____
HON. FAITH S. HOCHBERG, U.S.D.J.